ERIC W. SWANIS, ESQ.
Nevada Bar No. 6840
GREENBERG TRAURIG, LLP
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
Telephone: (702) 792-3773
Facsimile: (702) 792-9002
Email: swanise@gtlaw.com

CHRISTOPHER J. NEUMANN, ESQ.
*Admitted Pro Hac Vice*
MATTHEW L. CROCKETT, ESQ.
*Admitted Pro Hac Vice*
GREENBERG TRAURIG, LLP
1144 15th Street, Suite 3300
Denver, Colorado 80202
Telephone: (303) 572-6500
Email:   neumannc@gtlaw.com
           crockettm@gtlaw.com

*Counsel for Defendants*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| REECE FREEMAN; BRITTANY FREEMAN, <br><br> Plaintiff, <br><br> v. <br><br> C. R. BARD, INC.; BARD PERIPHERAL VASCULAR, INCORPORATED, <br><br> Defendants. | CASE NO. 2:19-cv-01572-RFB-BNW <br><br> **STIPULATION TO EXTEND TIME FOR DEFENDANTS TO FILE RESPONSE TO PLAINTIFFS' MOTION TO CONSOLIDATE** <br><br> **(FIRST REQUEST)** |

Comes now, Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. ("Bard" or "Defendants") and Plaintiffs Reece and Brittany Freeman ("Plaintiffs"), by and through their undersigned counsel of record, pursuant to LR IA 6-2, and hereby stipulate that the time within which the Defendants have to file and serve a responsive pleading to Plaintiffs' Motion to Consolidate for Trial, Dkt. 19, is extended to December 9, 2019, and the time within which the Plaintiffs have to file and serve their reply is extended to December 16,

2019. This Stipulation is entered into as a result of the Defendants' counsel having scheduling conflicts which necessitate the request for additional time to prepare and file said Response.

**IT IS SO STIPULATED.**

Dated this 3rd day of December 2019.

WETHERALL GROUP, LTD.                    GREENBERG TRAURIG, LLP

By:   */s/ Peter C. Wetherall*          By:      */s/ Eric W. Swanis*
PETER C. WETHERALL, ESQ.                ERIC W. SWANIS, ESQ.
Nevada Bar No. 4414                     Nevada Bar No. 6840
pwetherall@wetherallgroup.com           swanise@gtlaw.com
9345 W. Sunset Road, Suite 100          10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89148                 Las Vegas, Nevada 89135
Telephone: (702) 838-8500
Facsimile: (702) 837-5081               CHRISTOPHER J. NEUMANN, ESQ.
                                        neumannc@gtlaw.com
*Counsel for Plaintiffs*                MATTHEW L. CROCKETT, ESQ.
                                        crockettm@gtlaw.com
                                        GREENBERG TRAURIG, LLP
                                        1144 15th Street, Suite 3300
                                        Denver, Colorado 80202
                                        Telephone: (303) 572-6500

                                        *Counsel for Defendants*

**IT IS SO ORDERED.**

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 5th day of December, 2019.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on **December 3, 2019**, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive such service.

/s/ *Evelyn Escobar-Gaddi*
An employee of GREENBERG TRAURIG, LLP