ERIC W. SWANIS, ESQ.
Nevada Bar No. 006840
GLENN F. MEIER, ESQ.
Nevada Bar No. 006059
**GREENBERG TRAURIG, LLP**
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada  89135
Telephone:  (702) 792.3773
Facsimile:  (702) 792.9002
Email:    swanise@gtlaw.com
          meierg@gtlaw.com

CHRISTOPHER J. NEUMANN, ESQ.*
MATTHEW L. CROCKETT, ESQ.*
GREGORY R. TAN, ESQ.*
CANDACE UDUEBOR, ESQ.*
*Admitted Pro Hac Vice*
**GREENBERG TRAURIG, LLP**
1144 15th Street, Suite 3300
Denver, Colorado  80202
Telephone:  (303) 572.6500
Email:   neumannc@gtlaw.com
         crockettm@gtlaw.com
         tangr@gtlaw.com
         uduebor@gtlaw.com

LORI G. COHEN, ESQ.
*Admitted Pro Hac Vice*
**GREENBERG TRAURIG, LLP**
Terminus 200
333 Piedmont Road NE, Suite 2500
Atlanta, Georgia  30305
Telephone:  (678) 553.2385
Email:    cohenl@gtlaw.com

*Counsel for Defendants*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| REECE FREEMAN; BRITTANY FREEMAN,<br><br>Plaintiff,<br><br>v.<br><br>C. R. BARD, INC.; BARD PERIPHERAL VASCULAR, INCORPORATED,<br><br>Defendants. | CASE NO. 2:19-cv-01572-RFB-BNW<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING DISCOVERY DEADLINES FOR LIMITED PURPOSES**<br><br>**(FIRST REQUEST)** |

Greenberg Traurig, LLP
10845 Griffith Peak Drive, Suite 600
Las Vegas, NV 89135
(702) 792-3773
(702) 792-9002 (fax)

1    COME NOW Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. ("Bard" or

2    "Defendants") and Plaintiffs REECE FREEMAN and BRITTANY FREEMAN ("Plaintiffs"), by

3    and through their undersigned counsel of record, pursuant to LR IA 6-1, and hereby stipulate that

4    the discovery deadlines be extended for the limited purpose of allowing the depositions of Plaintiffs'

5    disclosed family and friend witnesses as well as Defendants' applicable territory and/or district

6    managers as outlined below.  This is the first request for extension of discovery deadlines for this

7    limited purpose.

8    The parties have engaged in settlement discussions, have conducted written discovery, and

9    are now in the process of deposing fact witnesses.  Plaintiffs have been deposed.  Mr. Freeman's

10   treating physicians have also been deposed or will be deposed within the deadline set by the

11   Stipulated Discovery Plan and Scheduling Order, Dkt. 41.  However, in an effort to conserve the

12   resources of the Parties and to facilitate settlement discussions, the Parties have agreed to reserve

13   the right to take the depositions of Plaintiffs' disclosed family and friend witnesses, as well as

14   Defendants' applicable territory and district managers, until no later than thirty (30) days before trial

15   is scheduled to begin.

16   Pursuant to Federal Rules of Civil Procedure 6(b) and 26, and the Court's inherent authority

17   and discretion to manage its own docket, this Court has the authority to grant the requested extension.

18   Fed. R. Civ. P. 6(b) ("When an act may or must be done within a specified time the court may, for

19   good cause, extend the time...."); Fed. R. Civ. P. 26(a) ("A party or any person from whom discovery

20   is sought may move for a protective order in the court where the action is pending . . . The court

21   may, for good cause, issue an order to protect a party or person from annoyance, embarrassment,

22   oppression, or undue burden or expense.").  Furthermore, Federal Rules of Civil Procedure 26(c)

23   and 26(d) vest the Court with authority to limit the scope of discovery or control its sequence.

24   *Crawford-El v. Britton*, 523 U.S. 574, 598 (1998) ("Rule 26 vests the trial judge with broad

25   discretion to tailor discovery narrowly and to dictate the sequence of discovery.").

26   This Court therefore has broad discretion to extend deadlines or stay proceedings as incidental

27   to its power to control its own docket – particularly where, as here, such action would promote

28   judicial economy and efficiency. *Bacon v. Reyes*, 2013 U.S. Dist. LEXIS 143300, at *4 (D. Nev.

Greenberg Traurig, LLP
10845 Griffith Peak Drive, Suite 600
Las Vegas, NV 89135
(702) 792-3773
(702) 792-9002 (fax)

Oct. 3, 2013) (*citing, Munoz-Santana v. U.S. I.N.S.*, 742 F.2d 561, 562 (9th Cir. 1984)) ("Whether to grant a stay is within the discretion of the court"); *Lockyer v. Mirant Corp.*, 398 F.3d 1098, 1109 (9th Cir. 2005) ("A district court has discretionary power to stay proceedings in its own court."); *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936) ("[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants.").

For the foregoing reasons, the parties stipulate and respectfully request that this Court modify the Stipulated Discovery Plan and Scheduling Order, Dkt. 41, as follows (requested modifications are **bolded**):

| PROPOSED DATE | DEADLINE |
|---|---|
| March 8, 2021 | Case-specific fact discovery closes **with the exception of depositions of Plaintiffs' disclosed family and friend witnesses and Defendants' applicable territory and district managers (which shall be taken no later than 30 days before trial is scheduled to begin)**. |
| April 5, 2021 | The Plaintiffs shall produce case-specific expert reports. |
| May 3, 2021 | The Defendants shall produce case-specific expert reports. |
| May 31, 2021 | The Plaintiffs shall produce any case-specific rebuttal expert reports. |
| June 28, 2021 | The Defendants shall produce any case-specific rebuttal expert reports. |
| July 26, 2021 | Deadline to depose the Plaintiffs' case-specific experts. |
| August 23, 2021 | Deadline to depose the Defendants' case-specific experts. |
| September 20, 2021 | Deadline to file Daubert motions and other dispositive motions. |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Greenberg Traurig, LLP
10845 Griffith Peak Drive, Suite 600
Las Vegas, NV 89135
(702) 792-3773
(702) 792-9002 (fax)

1   **IT IS SO STIPULATED**.

2   Dated this 12th day of February 2021.

3   WETHERALL GROUP, LTD.                    GREENBERG TRAURIG, LLP

4   By:  */s/ Peter C. Wetherall*            By:  */s/ Eric W. Swanis*

5   PETER C. WETHERALL, ESQ.                 ERIC W. SWANIS, ESQ.
    Nevada Bar No. 4414                      Nevada Bar No. 006840
6   9345 W. Sunset Road, Suite 100           GLENN F. MEIER, ESQ.
    Las Vegas, Nevada 89148                  Nevada Bar No. 006059
7   Email: pwetherall@wetherallgroup.com     10845 Griffith Peak Drive, Suite 600
                                             Las Vegas, Nevada  89135
8   *Counsel for Plaintiffs*                 Email:   swanise@gtlaw.com
                                                      meierg@gtlaw.com
9                                            CHRISTOPHER J. NEUMANN, ESQ.*
                                             MATTHEW L. CROCKETT, ESQ.*
10                                           GREGORY R. TAN, ESQ.*
                                             CANDACE UDUEBOR, ESQ.*
11                                           *Admitted Pro Hac Vice*
                                             GREENBERG TRAURIG, LLP
12                                           1144 15th Street, Suite 3300
                                             Denver, Colorado  80202
13                                           Email:   neumannc@gtlaw.com
                                                      crockettm@gtlaw.com
14                                                    tangr@gtlaw.com
                                                      uduebor@gtlaw.com
15
                                             LORI G. COHEN, ESQ.
16                                           *Admitted Pro Hac Vice*
                                             GREENBERG TRAURIG, LLP
17                                           Terminus 200
                                             333 Piedmont Road NE, Suite 2500
18                                           Atlanta, Georgia  30305
                                             Email:   cohenl@gtlaw.com
19
                                             *Counsel for Defendants*
20                          ORDER

21  IT IS ORDERED that the parties' stipulation is GRANTED.  To the extent the excepted
22  depositions are necessary for either party's summary judgment briefing, the excepted
    depositions must be taken prior to the deadline for dispositive motions.
23                                           **IT IS SO ORDERED**

24                                           **DATED:** 5:35 pm, February 16, 2021

25

26                                           **BRENDA WEKSLER**
27                                           **UNITED STATES MAGISTRATE JUDGE**

28

Greenberg Traurig, LLP
10845 Griffith Peak Drive, Suite 600
Las Vegas, NV 89135
(702) 792-3773
(702) 792-9002 (fax)