ERIC W. SWANIS, ESQ.
Nevada Bar No. 6840
**GREENBERG TRAURIG, LLP**
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
Telephone: (702) 792-3773
Facsimile: (702) 792-9002
Email: swanise@gtlaw.com

ELIZABETH C. HELM, ESQ.*
*Admitted Pro Hac Vice*
**NELSON MULLINS RILEY & SCARBOROUGH LLP**
Atlantic Station
201 17th Street, NW, Suite 1700
Atlanta, GA  30363
Telephone: (404) 322-6000
kate.helm@nelsonmullins.com

*Counsel for Defendants*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| REECE FREEMEN, and BRITTANY FREEMAN,<br><br>Plaintiffs,<br><br>v.<br><br>C. R. BARD, INC. and BARD PERIPHERAL VASCULAR, INC.,<br><br>Defendants. | Case No. 2:19-cv-01572-RFB-BNW<br><br>**JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that the above-captioned case be dismissed without prejudice, with each party to bear its own attorney's fees and costs.

**IT IS SO STIPULATED.**

DATED this 11th day of May, 2022.

| | |
|---|---|
| **WETHERALL GROUP, LTD** | **NELSON MULLINS RILEY & SCARBOROUGH, LLP** |

By: */s/ Peter C. Wetherall*
    (Signed with permission)
    PETER C. WETHERALL, ESQ.
    Nevada Bar No. 4414
    9345 W. Sunset Road, Suite 100
    Las Vegas, NV 89148
    pwetherall@wetherallgroup.com

*Counsel for Plaintiffs*

*/s/ Elizabeth C. Helm*
ELIZABETH C. HELM, ESQ.*
**Admitted Pro Hac Vice*
Atlantic Station
201 17th Street, NW / Suite 1700
Atlanta, GA 30363
Email: kate.helm@nelsonmullins.com

ERIC W. SWANIS, ESQ. (NSB 6840)
**GREENBERG TRAURIG, LLP**
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
Email: swanise@gtlaw.com

*Counsel for Defendants*

**ORDER**

**IT IS SO ORDERED:**

Dated this 12th day of May, 2022.



RICHARD F. BOULWARE, II
United States District Court

- 1 -

## CERTIFICATE OF SERVICE

I hereby certify that on **May 11, 2022**, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive such service.

>  */s/ Elizabeth C. Helm*
> Elizabeth C. Helm